IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES K. EATON, SR. | ) |
| | ) |
| v. | ) DISTRICT COURT NO. 3-12-1004 |
| | ) JUDGE CAMPBELL |
| FORD MOTION CREDIT CO., LLC, et al. | ) |
| | ) |
| | ) |
| IN RE: JAMES K. EATON, SR., DEBTOR | ) BANKRUPTCY COURT NO. 3-10-9709 |
| | ) |

ORDER

This case was transferred to the undersigned on October 16, 2012. Docket No. 10. Pending before the Court are Appellee Ford Motor Credit Company's Motion to Dismiss Appeal (Docket No. 3), in which the Trustee has joined (Docket No. 5), and Appellant's Motion for Extension of Time to File Brief (Docket No. 9).

For the reasons stated in the accompanying Memorandum, Appellee's Motion to Dismiss (Docket No. 3) is GRANTED, and this appeal is DISMISSED. Appellant's Motion for Extension of Time (Docket No. 9) is DENIED as moot.

IT IS SO ORDERED.

Todd Campbell
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE